JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS D. HATFIELD,<br><br>  Petitioner,<br><br>  v.<br><br>LINDA SANDERS (WARDEN),<br><br>  Respondents. | No. CV 11-4643 AHM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 4, 2012

_____
A. HOWARD MATZ
United States District Judge

**JS-6**